In the Matter of ANTON ALBERT et al., Respondents, against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

(Argued April 16, 1934; decided April 27, 1934.)

*Paul Windels*, Corporation Counsel (*Henry J. Shields* and *Thomas W. A. Crowe* of counsel), for appellant.

*Philip V. Manning* for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.